UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:23-CR-00065-CHB-EBA-1

UNITED STATES OF AMERICA,                                                              PLAINTIFF,

V.                                                **ORDER**

MARSHALL E. HOLBROOK,                                                                  DEFENDANT.

*** *** *** ***

By previous order, this matter was to come before the Court on November 17, 2023, for arraignment and guilty plea proceedings. [R. 4]. The matter was then reassigned to the undersigned and the November 17th hearing was cancelled. [R. 5]. Accordingly, upon the Court's own motion,

IT IS ORDERED that this matter is set for arraignment and guilty plea proceedings on **November 27, 2023, at 11:00 A.M.** at the United States Courthouse in FRANKFORT, Kentucky. IT IS FURTHER ORDERED that the Clerk shall provide this order to defense counsel and counsel for the government via email.

Signed November 17, 2023.



Signed By:
*Edward B. Atkins*   *EBA*
**United States Magistrate Judge**